**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     The State of Texas v. Gleannloch Commercial Development, LP

Appellate case number:   01-16-00427-CV

Trial court case number:  1041442

Trial court:              County Civil Court at Law No. 3, Harris County, Texas

Date motion filed:        October 15, 2018

Party filing motion:      Appellant

The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Judge's signature: ___/s/ Terry Jennings_____
                      Acting for the Court the En Banc Court*

Date: __December 4, 2018____

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Massengale, Brown, Lloyd, and Caughey. Justice Bland, not sitting.